```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JEFFREY WEBER,                                               :
                                                             :
                            Plaintiff,                       :
                                                             :
            -against-                                        :    1:25-cv-2321-GHW
                                                             :
BENT PIXELS LLC,                                             :    ORDER
                                                             :
                                                             :
                            Defendant.                       :
                                                             :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on March 20, 2025.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than April 3, 2025.  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.  Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

SO ORDERED.

Dated: March 23, 2025
       New York, New York                        _____
                                                    GREGORY H. WOODS
                                                  United States District Judge